ORIGINAL

FILED
SEP 4 2007
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

VERIDYNE, INC. :
: No.
Plaintiff, :
:
v :
: 07-647 C
THE UNITED STATES OF AMERICA :
:
Defendant. :

## NOTICE OF RELATED CASES

Pursuant to RCFC 77(f)(2), Plaintiff hereby notifies the Court that a related case was filed with this Court on February 28, 2006, Veridyne Corporation v. United States, Fed. Cl. No. 06-150C. Both that case and the present case arise from the same or substantially the same transactions, happenings or events. Both cases seek a determination of the same or substantially the same questions of law and fact and appear likely to entail substantial duplication of labor and unnecessary costs and delay of heard by different judges. Accordingly, it is in the interest of justice that both cases be heard by the same judge.

Respectfully submitted,

Marc Lamer
Kostos and Lamer, P.C.
1608 Walnut Street
Suite 1300
Philadelphia, PA 19103
(215) 545-0570

Attorney for Plaintiff