# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **VERIDYNE CORPORATION,** | * | |
| Plaintiff, | * | |
| v. | * | No. 07-647C |
| **THE UNITED STATES**, | * | (Filed Sept. 20, 2007) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to RCFC 40.2(a)(3), and with the agreement of the transferee judge, the above-captioned case shall be transferred to Judge Christine O.C. Miller.

**IT IS SO ORDERED.**

s/Lawrence J. Block

________________________________________

**Lawrence J. Block**
Judge