# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**VERIDYNE, INC.,** *

Plaintiff, *

v. * No. 07-647C

**THE UNITED STATES,** * (Filed Sept. 21, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

This case having been reassigned to this judge on September 20, 2007, and further to the telephone conference call between counsel and the court's judicial assistant this date,

**IT IS ORDERED**, as follows:

This case is stayed pending further order of the court and shall be subject to the order entered in No. 06-150C on September 20, 2007.

s/ Christine O.C. Miller

______________________________________

**Christine Odell Cook Miller**
Judge