# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **VERIDYNE CORPORATION,** | * | |
| Plaintiff, | * | |
| v. | * | No. 07-647C |
| **THE UNITED STATES**, | * | (Filed Jan. 24, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On September 20, 2007, further to Defendant's Consent Motion for Stay filed on September 19, 2006, the court entered an order in No. 06-150C staying the case for settlement purposes pending further order. On September 21, 2007, pursuant to a telephone conversation between counsel and the court's Judicial Assistant, the court entered an order staying this case subject to the order entered in No. 06-150C. The parties' Joint Status Report filed on November 21, 2007, in No. 06-150C, reported that settlement efforts had proved unsuccessful. The court by order entered on November 29, 2007, lifted the stay in No. 06-150C, rescheduling argument at the parties' request. The parties' Joint Status Report did not mention how the parties' inability to reach a settlement affected this case, nor did it mention this case in any other manner. Accordingly,

**IT IS ORDERED**, as follows:

1. The stay order entered on September 21, 2007, at the parties' request to negotiate a settlement is vacated, *nunc pro tunc* to November 29, 2007.

2. Defendant shall respond to the complaint by February 4, 2008.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge